No. **15-25-00207-CV**

ACCEPTED
15-25-00207-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
11/21/2025 3:56 PM
CHRISTOPHER A. PRINE
CLERK

# IN THE COURT OF APPEALS FOR THE FIFTEENTH DISTRICT

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
11/21/2025 3:56:34 PM
CHRISTOPHER A. PRINE
Clerk

## IN RE NOVARTIS PHARMACEUTICALS CORPORATION

*Relator.*

---

## LINDSEY COHAN'S UNOPPOSED MOTION IN SUPPORT OF STEVEN ENGEL'S UNOPPOSED MOTION FOR *PRO HAC VICE* ADMISSION

---

TO THE HONORABLE COURT OF APPEALS:

I, Lindsey Cohan, file this Unopposed Motion in Support of Steven Engel's Unopposed Motion for *Pro Hac Vice* Admission to appear before this Court, and would respectfully show the Court the following:

### I.
### Facts

A.    I am associated with Steven Engel in this case.  I am employed as an attorney on this case and will personally participate in this case on behalf of *Amicus Curiae*.

B.    I am a practicing attorney and a member in good standing with the State Bar of Texas.  My state bar number, office address, telephone number, fax number, and email address are included below my signature.

C.  I find Steven Engel to be a reputable attorney, and I recommend that the Court grant him permission to participate in this proceeding before the Court.

**Prayer**

For these reasons, I ask the Court to grant Steven Engel's Unopposed Motion for *Pro Hac Vice* Admission and allow him to appear before this Court in this proceeding until the conclusion of this appeal.

Respectfully submitted,

*/s/ Lindsey B. Cohan*
Lindsey B. Cohan
State Bar No. 24083903
lindsey.cohan@dechert.com
Dechert LLP
515 Congress Avenue, Suite 1400
Austin, TX  78701-3902
Telephone:  (512) 394-3000
Fax:          (512) 394-3001
**ATTORNEY FOR *AMICUS CURIAE***

## CERTIFICATE OF CONFERENCE

I hereby certify that on November 20, 2025, counsel for *Amicus Curiae* conferred with counsel for all parties, who stated that they do not oppose the relief sought herein.

*/s/ Lindsey B. Cohan*
Lindsey B. Cohan

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was forwarded to all counsel of record by electronic filing in accordance with the Texas Rules of Appellate Procedure on November 21, 2025.

*/s/ Lindsey B. Cohan*
Lindsey B. Cohan

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Lindsey Cohan
Bar No. 24083903
lindsey.cohan@dechert.com
Envelope ID: 108353447
Filing Code Description: Motion
Filing Description: Unopposed Motion of Lindsey Cohan ISO Steven Engel PHV Admission
Status as of 11/21/2025 4:06 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Deron Dacus | 790553 | ddacus@dacusfirm.com | 11/21/2025 3:56:34 PM | SENT |
| Jonathan Wilkerson | 24050162 | jonathan.wilkerson@lanierlawfirm.com | 11/21/2025 3:56:34 PM | SENT |
| Samuel Baxter | 1938000 | sbaxter@mckoolsmith.com | 11/21/2025 3:56:34 PM | SENT |
| Zeke DeRose | 24057421 | zeke.derose@lanierlawfirm.com | 11/21/2025 3:56:34 PM | SENT |
| Jennifer Truelove | 24012906 | jtruelove@mckoolsmith.com | 11/21/2025 3:56:34 PM | SENT |
| Alex Brown | 24026964 | alex.brown@lanierlawfirm.com | 11/21/2025 3:56:34 PM | SENT |
| Lynne Kurtz-Citrin | 24081425 | lynne.kurtz-citrin@oag.texas.gov | 11/21/2025 3:56:34 PM | SENT |
| Eric B.Halper | | ehalper@mckoolsmith.com | 11/21/2025 3:56:34 PM | SENT |
| Radu A. Lelutiu | | rlelutiu@mckoolsmith.com | 11/21/2025 3:56:34 PM | SENT |
| W. Mark Lanier | | WML@LanierLawFirm.com | 11/21/2025 3:56:34 PM | SENT |
| Jordan Underhill | | Jordan.Underhill@oag.texas.gov | 11/21/2025 3:56:34 PM | ERROR |
| Ross Galin | | rgalin@omm.com | 11/21/2025 3:56:34 PM | SENT |
| Meredith Garagiola | | mgaragiola@omm.com | 11/21/2025 3:56:34 PM | SENT |
| Anton Metlitsky | | ametlitsky@omm.com | 11/21/2025 3:56:34 PM | SENT |
| Danny S.Ashby | | dashby@omm.com | 11/21/2025 3:56:34 PM | SENT |
| Jonathan D. Bonilla | | Jonathan.Bonilla@oag.texas.gov | 11/21/2025 3:56:34 PM | ERROR |
| Litigation Calendar | | litigationcalendar@omm.com | 11/21/2025 3:56:34 PM | SENT |